Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Damon Boyd                                                          Docket No. 96-00185-006

**Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Damon Boyd, who was placed on supervision by the Honorable Donald J. Lee sitting in the Court at Pittsburgh, Pennsylvania, on the 22nd day of July 1997, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.  Pay $200 special assessment.
2.  Drug testing and treatment as directed by the probation officer.

07-22-97:   Carjacking; Using a Firearm During and in Relation to a Crime of Violence or Drug Trafficking Crime, RICO; 97 months' incarceration followed by 3 years' supervised release.
09-19-03:   Released to supervision.
11-14-03:   Jurisdiction transferred to ED/NC (Wilmington) from WD/PA (Pittsburgh).
01-16-04:   Supervision transferred to WD/PA (Pittsburgh) from ED/NC (Wilmington); Currently supervised by U.S. Probation Officer Tracey J. Begonia.
02-02-04:   Jurisdiction retransferred to WD/PA (Pittsburgh) from ED/NC (Wilmington).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has tested positive for marijuana on the following dates: June 29, September 2, and October 31, 2005; and January 6, 2006. Further, the defendant has admitted that he attempted to circumvent the drug testing process by bringing and submitting foreign urine during the collection process.

U.S.A. vs. Damon Boyd
Docket No. 96-00185-006
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee be placed on home confinement for a period of 30 days to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

ORDER OF COURT

Considered and ordered __23__ day of __Jan__. __06__ and ordered filed and a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____January 20, 2006_____

_____
Tracey Begonia
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania